UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

CINDY SIDES,                              )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )    Case No. 16-CV-2312
                                          )
GEA NU-CON, LTD.,                         )
                                          )
        Defendant.                        )

**FILED**
JUL 09 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**JURY VERDICT**

**SECTION A:**

On Plaintiff Cindy Sides' claim against Defendant GEA Nu-Con, Ltd., we, the jury:

*(CHECK ONE OPTION)*

Option 1: Find in favor of Plaintiff Cindy Sides and against Defendant GEA Nu-Con, Ltd., and further find that Cindy Sides was not contributorily negligent.    _____

Option 2: Find in favor of Plaintiff Cindy Sides and against Defendant GEA Nu-Con, Ltd., and further find that Cindy Sides' injury was proximately caused by a combination of GEA Nu-Con's negligence and Cindy Sides' contributory negligence, and that Cindy Sides' contributory negligence was 50% or less of the total proximate cause of her injury.    _____

Option 3: Find in favor of Defendant GEA Nu-Con, Ltd. and against Plaintiff Cindy Sides.    __X__

Option 4: Find in favor of Defendant GEA Nu-Con, Ltd., because Plaintiff Cindy Sides' contributory negligence was more than 50% of the total proximate cause of her injury.    _____

*If you have checked Option 1, complete Section B and Section D.*

*If you have checked Option 2, complete Section B, Section C, and Section D.*

*If you have checked Option 3, complete only Section D.*

*If you have checked option 4, complete only Section D.*

**SECTION B:**

*Only complete this Section if you checked Option 1 or Option 2. Otherwise, leave it blank.*

We, the jury, assess damages in the sum of $ _____.

**SECTION C:**

*Only complete this Section if you checked Option 2. Otherwise, leave it blank.*

    We, the jury, having first found that Plaintiff Cindy Sides' contributory negligence was 50% or less, find that the percentage of such negligence attributable solely to Cindy Sides is:

                                       _____ %
                                        *(50% or less)*

## SECTION D:

Fill in the date, and each juror must sign the form.

Date: 7/9/25

Juror signatures:

s/Redacted
_____
Presiding Juror

s/Redacted
_____

s/Redacted
_____

s/Redacted
_____

s/Redacted
_____

s/Redacted
_____

s/Redacted
_____

s/Redacted
_____

s/Redacted
_____