Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Cindy Sides,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 16-2312 |
| | ) |
| **Pavan Group, Buhler Aeroglide Corporation, GEA Nu-Con LTD, Kraft Heinz Company LLC,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Cindy Sides recovers nothing on her claims against Defendant GEA Nu-Con LTD.

**IT IS FURTHER ORDERED AND ADJUDGED** that all other Defendants Pavan Group, Buhler Aeroglide Corporation and Kraft Heinz Company LLC were previously dismissed.

**Dated: 7/10/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court