AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

Sides et al
V.
Pavan Group et al

### PLAINTIFF'S EXHIBIT LIST

Case Number: 16-2312

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Colin S. Bruce | Edmund Scanlan | Joy Syrcle/Joseph Panatera |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/2025 – 7/9/2025 | LC | DS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/7/25 | X | X | Photograph of Cindy Sides' Right Hand                                       *Cindy Sides |
| 7 | | 7/7/25 | X | X | Photograph of Cyclone at Kraft Foods                                          *Richard Miller |
| 17 | | 7/8/25 | X | X | National Vital Statistics Reports Dated 11/7/2023 (Life Table)           *Stipulated |
| 18-A | | 7/9/25 | X | X | Picture of Airlock Outlet Illustration Diagram                                *John Green, II |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages