AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Sides et al  
V.  
Pavan Group et al

**DEFENDANT'S EXHIBIT LIST**

Case Number: 16-2312

| PRESIDING JUDGE Colin S. Bruce | | | PLAINTIFF'S ATTORNEY Edmund Scanlan | | DEFENDANT'S ATTORNEY Joy Syrcle/Joseph Panatera | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 7/7/2025 – 7/9/2025 | | | COURT REPORTER LC | | COURTROOM DEPUTY DS | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  | 101 | 7/7/25 | X | X | Sides Training Records from Kraft Foods | *Cindy Sides |
|  | 102 | 7/9/25 | X | X | Food Engineering Corporation Memo Dated 11/7/1988 | *Alex Rigoni |
|  | 104 | 7/7/25 | X | X | Photograph of Side of Air Lock at Kraft Foods with Caution Sticker | *Cindy Sides |
|  | 105 | 7/8/25 | X | X | Photograph of Close-up of Air Lock at Kraft Foods with Danger Sticker | *Eric Zoch |
|  | 106 | 7/8/25 | X | X | Photograph of Cyclone at Kraft Foods | *Rodney Emberson |
|  | 107 | 7/7/25 | X | X | Photograph of bottom of Cyclone at Kraft Foods | *Richard Miller |
|  | 119 | 7/9/25 | X | X | Group of Photos from Expert Report of Alex Rigoni | *Alex Rigoni |
|  | 127 | 7/7/25 | X | X | Kraft Incident Investigation Report Prepared by Mike Heverly dated 6/13/16 | *Richard Miller |
|  | 134 | 7/8/25 | X | X | Photograph of L-D Dryer Airlock at Kraft Foods | *Rodney Emberson |
|  | 151-3 | 7/7/25 | X | X | Photograph of Screen Diagrams from Kraft Foods on 6/14/2016 | *Richard Miller |
|  | 151-8 | 7/9/25 | X | X | Photograph of Rotary Air Lock | *Alex Rigoni |
|  | 151-24 | 7/7/25 | X | X | Line D Pre-Dryer Screen Diagram from Kraft on 6/14/2016 | *Richard Miller |
|  | 153 | 7/7/25 | X | X | Kraft Job Description Report for Processing Operator Relief | *Cindy Sides |
|  | 154 | 7/9/25 | X | X | Receipt of Sale for Job #17815 to M.W. Equipment dated 8/26/1987 | *Neil Simmons |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages